983 A.2d 1109

PARAGON CONTRACTORS, INC., PLAINTIFF, v. PEACHTREE CONDOMINIUM ASSOCIATION, ET AL., DEFENDANTS–MOV-ANTS, AND KEY ENGINEERS, INC., THIRD–PARTY DEFEN-DANTS–RESPONDENTS.

November 4, 2009.

ORDERED that the motion for leave to appeal is granted.

983 A.2d 1109

PHYLLIS RABINOWITZ AND ANDREW RABINOWITZ, PLAIN-TIFFS–APPELLANTS, v. JUDITH A. WAHRENBERGER, ESQ., AND WAHRENBERGER, PIETRO & SHERMAN, LLP, DEFEN-DANTS–RESPONDENTS.

November 17, 2009.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.